# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AURORA VALENZUELA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CULINARY TRAINING ACADEMY, d/b/a<br>NEVADA PARTNERS, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:10-cv-02012-RLH-PAL<br><br>**ORDER**<br><br>**Steven Horsford's Request for<br>Exception to Attendance - #33** |

　　　This matter is before the Court on Steven Horsford's Request for Exception to Attendance Requirement of Order Scheduling Early Neutral Evaluation Session (#33) filed February 14, 2011 and Plaintiff's Notice of Non-Opposition (#34) filed February 14, 2011.  Upon review and consideration,

　　　**IT IS ORDERED** that Steven Horsford's Request for Exception to Attendance Requirement of Order Scheduling Early Neutral Evaluation Session (#33) is **granted**.  Defendant Steven Horsford is excused from personally appearing at the ENE currently set for March 2, 2011 because of his requirement to be at legislative proceedings.

　　　DATED this 15th day of February, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge